CLS
4/29/22

DOA: 4/28/22

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 22MJ8306 |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF: |
| v. | Title 21 U.S.C.§ 841(a)(1) Possession of a Controlled Substance with Intent to Distribute |
| Dayana JIMENEZ (1), Hector CASTILLO-Trinidad (2), | |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about April 28, 2022, within the Southern District of California, defendants, Dayana JIMENEZ and Hector CASTILLO-Trinidad, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance in violation of Title 21, United States Code, Section 841(a)(1).

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Task Force Agent Navarre Perry
Drug Enforcement Administration

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 29th day of April, 2022.

_____
HON. MICHAEL S. BERG
U. S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA

          v.

Dayana JIMENEZ (1),
Hector CASTILLO-Trinidad (2),

## STATEMENT OF FACTS

This Complaint and Statement of Facts are based upon the reports, documents, surveillance, and notes furnished to Drug Enforcement Administration Task Force Agent (TFA) Navarre Perry.

On April 27, 2022, Task Force Officer (TFO) Ramon Nuno, operating in an undercover capacity, received a text message from a target subject known as a source of supply of narcotics attempting to sell approximately 20 pounds of methamphetamine. TFO Nuno responded and agreed to purchase the 20 pounds of methamphetamine and would arrange to meet at a predetermined location to make the purchase.

On April 28, 2022, the target subject texted TFO Nuno that he was ready with the previously agreed amount of narcotics. TFO Nuno texted the target subject that he would send a courier to pick up the methamphetamine. The target subject texted TFO Nuno that he would send a courier with the narcotics. TFO Nuno texted the target subject that his courier would be waiting at the AM/PM located on Heber Avenue and US Highway 111 near Calexico, California. TFO Nuno provided a phone number for an undercover Special Agent to the target subject. Another subject, who had a female voice, called the undercover Special Agent to tell her she was on her way to meet her.

TFO Juan Lopez conducted research on the phone number used to contact the undercover Special Agent utilizing law enforcement databases. Law enforcement databases revealed that the telephone number that the female subject used was registered to Dayana JIMENEZ (JIMENEZ). Law enforcement databases revealed that JIMENEZ had previously been associated with a black 2008 Chevrolet Silverado bearing California license plates. Surveillance agents saw the black Silverado in the gas station of the AM/PM observed the Silverado leave the gas station, fail to yield to oncoming traffic, and almost get into an accident.

El Centro Police Department Officer Eduardo Villa witnessed the black Silverado conduct the traffic infraction and proceeded to conduct a traffic stop on the Silverado. Officer Villa identified himself to the driver of the Silverado as a police officer. Officer Villa identified the driver of the Silverado as Hector CASTILLO-Trinidad (CASTILLO) and the passenger as Dayana JIMENEZ. JIMENEZ's two juvenile children were also in the vehicle. Officer Villa asked if he could have his Human Narcotics Detection Dog (HNDD) search the vehicle, to which CASTILLO consented. Officer Villa and his HNDD are certified in the detection of marijuana, cocaine, methamphetamine, heroin and their derivatives.

Officer Villa and his HNDD conducted a search of the vehicle. The HNDD alerted to the back of the Silverado near a box. During a search of the box, Officer Villa found multiple packages containing a white crystal-like substance. Due to Officer Villa's training and experience, he believed the packages to contain methamphetamine.

Officer Villa proceeded to place CASTILLO and JIMENEZ under arrest and they were transferred to the El Centro Police Department. Agents assigned to the Drug Enforcement Administration took custody of the suspected methamphetamine, JIMENEZ, and CASTILLO and transported them to the Imperial County District Office.

Agents weighed the packages which had a gross weight of approximately 9.260 kilograms (20.41 pounds).

JIMENEZ was advised of her Miranda rights, acknowledged her rights, agreed to speak with agents without the presence of an attorney. During the interview, JIMENEZ denied knowledge of the narcotics in the Silverado and denied any knowledge to how the narcotics got into the Silverado.

CASTILLO was advised of his Miranda rights, acknowledged his rights, and agreed to speak with agents without the presence of an attorney. CASTILLO admitted that he knew the that he had narcotics in his vehicle. CASTILLO admitted that JIMENEZ also knew that they were transporting narcotics. CASTILLO stated that he was hired by a subject in Mexicali and was going to be paid $300.00 USD to deliver the narcotics. CASTILLO stated that JIMENEZ is the owner of the vehicle and assisted in the attempt of the narcotics sale by calling the buyer to coordinate the location of the deal while he drove.